# DECLARATION OF SERGEANT STEVEN P. CALENDA

I, Steven P. Calenda, upon oath depose and say:

1. I am a Sergeant with the Bristol Police Department and have been continuously employed in that capacity for the past twenty years. I am presently assigned to the Patrol Division. I investigate all types of crimes under Rhode Island state law. From 2005 to 2007, I was a taskforce agent with the Federal Drug Enforcement Administration. I have been involved in hundreds of narcotics investigations that have resulted in the seizure of large amounts of marijuana, cocaine, crack cocaine, heroine, steroids, and prescription pills.

2. This Declaration is submitted in support of the Verified Complaint for Forfeiture in Rem against $10,576.00 in U.S. Currency seized from the person of George Burns on September 16, 2007 in the course of his arrest as more fully described below.

3. At approximately 8 pm on September 16, 2007, members of the Bristol Police department, including me, were advised to be on the look out for a 1997 blue van with Rhode Island license plate TX-393. The van was reported to be traveling in an erratic manner northbound on Route 136 near the Rhode Island Veterans Home.

4. At approximately 8 pm, Patrolman Corey Lamirande and I were posted in separate patrol cars at the Bristol Fire Station on Annawamscutt Drive. From our location we were able to observe northbound and southbound traffic on Route 136. Shortly after 8 pm, I observed the above-described blue van travelling north on Route 136 approaching the intersection of Route 136 and Annawamscutt Drive. There is a traffic signal at the intersection. At the time of the van's approach to the intersection, the signal was red for all northbound traffic on Route 136. The van ran through the intersection despite the red light.

5. Shortly therefore, Patrolman Lamiranda and I pursued the van north on Route 136. I was operating a patrol car. I activated the car's emergency lights and signaled to the van's operator to stop the van. The van did not immediately stop, passed the vehicle ahead of it, and then came to rest in the Route 136 breakdown lane area in the vicinity of Back

Road Grille Restaurant. Patrolman Lamirande and I advised the dispatcher of our location, and I approached the van operator. Soon thereafter I made contact with the van operator. He produced a Rhode Island license and registration. I positively identified the van operator as George Burns III (Burns). I advised Burns that he ran through a red light. Burns stated that he was in a rush and that he was travelling to D'Angelos, a sandwich shop, to get food. I told Burns to remain in his vehicle as I checked the status of his license. I directed Patrolman Lamirande to continue speaking to Burns, Patrolman Timothy Kearns arrived at the scene, and I proceeded to have Burns's license, registration, and warrant data checked.

6. Shortly thereafter, I heard Patrolman Lamirande yell for assistance, I heard the van's engine race, and I heard and observed the van drive off. Patrolman Lamirande's arm got caught in the driver's side door of the van, and the van dragged him approximately 20 feet. I advised dispatch that the vehicle stop had turned into a pursuit, and Patrolmen Lamirande and Kearns and I, all in separate patrol cars, initiated pursuit. Burns led me and other police officers on a chase at high rates of speed for approximately 6 to 10 minutes. The chase ended when Burns crashed the van into a power line pole on Tupelo Street in Bristol near J.T.'s Lumber approximately 1.5 miles from the site of the original stop. I estimate that I chased Burns for a total of 10 miles.

7. During the course of the chase, Burns rammed or otherwise struck my patrol car twice, drove at rates of speed as high as 50 m.p.h. in 25 m.p.h. residential neighborhoods, ignored numerous stop signs and other traffic signals, drove on the wrong side of various multi-lane roads against traffics, drove through grass lots to evade police cars blocking roads. By the time Burns crashed his van, officers from the Warren Police Department and Rhode Island State Police had been called for assistance. Members of the Warren Police Department laid down numerous stop sticks in attempts to stop Burns.

8. At approximately 8:15 PM, after Burns had crashed his van and it had come to a stop, officers approached Burns and ordered him to exit his vehicle with his hands raised and

to get on the ground. Burns did not obey the orders. He exited his van and attempted to run into a wooded area. Patrolman Lamirande pursued and detained Burns, and then officers attempted to restrain Burns. He fought these efforts, and was warned that he would be struck with Oleoresin Capsicum spray (OC spray). Despite these warnings, Burns continued to resist. I fired a one second burst of OC spray on Burns but he continued to resist. Burns did not stop resisting restrain until after another officer subsequently also fired a one second burst of OC spray on Burns. Burns was handcuffed and placed in the rear of Patrolman Lamirande's vehicle.

9. I conducted a cursory search of the van and found a quantity of green leafy substance under and around the driver's seat area. The substance in total weighed approximately 1 pound. I field tested the substance and determined that it was marijuana. I seized it and subsequently transported it to the Bristol Police Department's evidence room.

10. At approximately 8:18 pm, Burns and his vehicle were transported to the Bristol Police Department's Headquarters for further investigation and processing. While at headquarters, Burns was processed and $10,576.00 was found on his person.

11. At approximately 8:33 PM, Burns requested medical care. He was subsequently transported to Newport Hospital, where medical personnel provided treatment. At approximately 10:30 pm, Burns was transported to Rhode Island Hospital for further treatment.

12. At 9 am on September 18, 2007, Adult Correctional Institute Officer John Santagata and K-9 Beny arrived at the Bristol Police Department's Headquarters to conduct a narcotic sweep of the currency seized from Burns. Both Officer Santagata and K-9 Beny have conducted numerous narcotic sweeps to test for the presence of narcotics. Also, Officer Santagata and K-9 Beny are nationally certified in the detection, location, and recovery of narcotics.

13. At approximately 9:10 am, Officer Santagata and K-9 Beny entered the garage area of headquarters and started the sweep. While sweeping numerous items similar in shape and size, Officer Santagata and K-9 Beny achieved a positive alert for the presence of narcotics emanating from the US currency seized from Burns. The currency was removed from the garage area and placed back into secure evidence.

14. Based upon the foregoing, there is probable cause to believe that the one lot of $10,576.00 in U.S. Currency seized from the person of George Burns as described above was furnished and intended to be furnished in exchange for a controlled substance, and constitutes the proceeds of the exchange of controlled substances, and that said currency is, therefore, subject to seizure and forfeiture pursuant to Title 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Sgt. S. P. Calenda

Steven P. Calenda
Sergeant
Bristol Police Department