IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>ONE LOT OF TEN THOUSAND FIVE HUNDRED SEVENTY SIX DOLLARS ($10,576) IN U.S. CURRENCY,<br>Defendant. | C.A. No. 08-81ML |

**MOTION FOR ISSUANCE OF WARRANT IN REM**

The United States of America respectfully requests that the Clerk of this Court issue the attached Warrant for Arrest In Rem pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure.

1. On March 4, 2008, the United States filed the Verified Complaint for Forfeiture In Rem in the above-referenced case. The Complaint seeks the forfeiture of the following property: $10,576 in U.S. Currency.

2. The property described in Paragraph 1 is in the custody of the United States, specifically the United States Marshal Service. On September 17, 2007, the Bristol Police Department seized this property in the course of an arrest, as further described in the Complaint, and subsequently placed it in the custody of the USMS.

3. Under Supplemental Rule G(3)(b)(i), if property is subject to forfeiture in a civil forfeiture proceeding and the property is in the Government's possession, custody, or control, the clerk "must issue a warrant to arrest the property."

WHEREFORE, the United States requests that the Clerk of the Court issue the attached warrant of arrest in rem.

Respectfully submitted,

UNITED STATE OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email: milind.shah@usdoj.gov

Dated: March 17, 2008