IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff
v.
ONE LOT OF TEN THOUSAND FIVE HUNDRED SEVENTY SIX DOLLARS ($10,576) IN U.S. CURRENCY,
Defendant.

C.A. No. 08-81ML

**CERTIFICATE OF SERVICE OF NOTICE TO KNOWN POTENTIAL CLAIMANT**

On this 24th day of March 2008, I certify that pursuant to subpart (4) of Rule G of the Supplemental Rules to the Federal Rules of Civil Procedure, I sent a Notice of Judicial Forfeiture Proceedings and Arrest in Rem accompanied by copies of the Verified Complaint for Forfeiture in Rem and Warrant for Arrest in Rem, all pertaining to the above captioned matter, to Steven D. DiLibero, Esquire, counsel for potential claimant George Burns, 103 Dorrance Street, Shakespeare Hall, Providence, Rhode Island 02903.

/s/ Milind Shah
Milind M. Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5017 fax

Email: milind.shah@usdoj.gov