**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **Vs.** | : | **CA NO.: 08-81ML** |
| | : | |
| **ONE LOT OF TEN THOUSAND FIVE HUNDRED SEVENTY SIX DOLLARS ($10, 576.00) U.S. CURRENCY** | : | |

**ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT OF FORFEITURE IN REM**

Now come the claimant, George Burns, by and through his Attorney, and hereby answers Plaintiff's Verified Complaint of Forfeiture in Rem as follows:

Nature of Action

1. Admitted

The Defendant in Rem

2. Admitted

Jurisdiction and Venue

3. Admitted

4. Admitted

5. Admitted

Basis for Forfeiture

6. The Defendant denies any and all allegations contained in paragraph 6 and leaves the Plaintiff to its proof thereof.

Facts

7. The Defendant denies any and all allegations contained in paragraph 7 and leaves the Plaintiff to its proof thereof.

Wherefore, your Claimant respectfully requests that this Honorable Court so move and dismiss the Plaintiff's Verified Complaint of Forfeiture in Rem, and the Defendant's property be returned to the claimant, George Burns, as well as the granting of any other relief this Court may deem just and proper.

Claim of Jury Trail

Claimant, George Burns, hereby claims his right to a trail by jury.

Respectfully submitted,
Attorney for Defendant,

/s/ Steven D. DiLibero, Esquire ____
Steven D. DiLibero, Esquire (#4678)
130 Dorrance Street
Providence, Rhode Island 02903
Phone: 401-621-9700
Fax: 401-331-9503

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

/s/ Steven D. DiLibero, Esquire ____