Case 1:08-cv-00081-ML-DLM Document 7 Filed 05/12/2008 Page 1 of 2

ENTERED JOIS

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

RECEIVED 2008 MAR 21 P 1:43 MARSHAL'S OFFICE DISTRICT OF R.I.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | CA 08-081ML |
| DEFENDANT | TYPE OF PROCESS |
| One of Lot of $10,576.00 in U.S. Currency et al. | Notice |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Providence Journal

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Milind M. Shah, Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold

Fold

Publish Notice of Forfeiture once a week for three weeks

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 3/21/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 070 | No. | [signature] | 3/21/08 |

I hereby certify and return that I ___ have personally served , ___ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date

Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Published on Pro Jo on 4/10, 4/17 + 4/24/08
Total amt. $1,501.41

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**NOTICE OF JUDICIAL FORFEITURE PROCEEDINGS AND ARREST IN REM**

Notice is hereby given that on March 4, 2008, the United States Attorney for the District of Rhode Island filed a Verified Complaint for Forfeiture against defendant property. The case is captioned United States v. One Lot of Ten Thousand Five Hundred Seventy Six Dollars ($10,576) in U.S. Currency, C. A. No. 08-81ML. The action was initiated pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6), and the Court issued an Arrest Warrant in Rem.

The defendant property consists of one lot of ten thousand five hundred seventy six dollars ($10,576.00) in U.S. currency that was seized from the person of George Burns on September 16, 2007 at Bristol Police Department Headquarters in Bristol Rhode Island. Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, direct notice of this action was sent to all known potential claimants on March 21, 2008.

Any person having or claiming a legal right, title, or interest in the defendant property must file a claim and an answer to the complaint. Each such person must file a claim no later than 30 days after the publication of this notice and file an answer no later than 20 days after filing the claim. All claims and answers must be filed with the United States District Court for the District of Rhode Island under United States v. One Lot of Ten Thousand Five Hundred Seventy Six Dollars ($10,576) in U.S. Currency, Civil Action Number 08-81ML, and a copy of any claim or answer filed with the Court must also be sent to the United States Attorney's Office. The Court's address is United States District Court for the District of Rhode Island, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903. The address for the United States Attorney's Office is United States Attorney's Office, Asset Forfeiture, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

BURTON STALLWOOD

United States Marshal