IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) |
| v. | ) C.A. NO. 08-81ML |
| ONE LOT OF TEN THOUSAND FIVE HUNDRED SEVENTY SIX DOLLARS ($10,576) IN U.S. CURRENCY, DEFENDANT. | ) |

MOTION TO DISMISS CLAIM

Plaintiff United States of America (the "United States") moves to have Claimant George Burns's claim dismissed due to Mr. Burns's failure to file a formal claim, as required by Supplemental Rule G. Despite explicit directions provided in a Notice and despite a follow-up letter request sent to Mr. Burns's counsel, to date Mr. Burns has not filed a claim. Consequently, there is nothing of record in this case where Mr. Burns claims, under penalty of perjury, ownership of or an interest in the Defendant $10,576 (the "Defendant Currency"). In light of Mr. Burns's refusal to comply with the requirements of Rule G, dismissal of Mr. Burns's claim is an appropriate sanction.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
milind.shah@usdoj.gov
401-709-5000; 401-709-5017 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| v. | ) | C.A. NO. 08-81ML |
| ONE LOT OF TEN THOUSAND FIVE HUNDRED SEVENTY SIX DOLLARS ($10,576) IN U.S. CURRENCY, DEFENDANT. | ) | |

MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS CLAIM

## I. INTRODUCTION AND BACKGROUND

Plaintiff United States of America (the "United States") moves to have Claimant George Burns's claim dismissed due to Mr. Burns's failure to file a formal claim, as required by Supplemental Rule G. Mr. Burns did file an answer – an unverified answer. But he did not file a claim prior to the answer. Moreover, despite explicit directions provided in a Notice and despite a follow-up letter request sent to Mr. Burns's counsel, to date Mr. Burns has not filed a claim. Consequently, there is nothing of record in this case where Mr. Burns claims, under penalty of perjury, ownership of or an interest in the Defendant $10,576 (the "Defendant Currency").

On March 21, 2008, the United States sent Mr. Burns's counsel Notice of Judicial Forfeiture Proceedings and Arrest In Rem via certified mail. Ex. A (Notice of Judicial Forfeiture Proceedings and Arrest in Rem and signed Certified Mail Receipt). On March 24, 2008, Mr. Burns's counsel received the Notice, as evidenced by the signature on the Certified Mail Receipt. *Id.* The Notice lists the steps any person claiming an interest in the property must take in order to enter a claim in a judicial forfeiture proceeding. *Id.* The Notice states

> you <u>must</u> file a verified claim within thirty-five (35) days of the date on this notice and in the manner specified and specifying the

> information required by Rule G(5) of the Supplemental Rules to the Federal Rules of Civil Procedure.

*Id.* at 2. The Notice also states that answers to the forfeiture complaint are due within twenty days of filing the verified claim. *Id.*

On April 11, 2008, Mr. Burns's counsel filed an answer. Ex. B (unverified Answer). Although the Answer is signed by Mr. Burns's counsel, there is no verification attached. *Id.* Nowhere in the record is any signed document in which Mr. Burns attests to his ownership of or interest in the Defendant Currency under penalty of perjury and with the information required by Supplemental Rule G(5).

On June 18, 2008, the United States sent Mr. Burns's counsel a letter notifying Mr. Burns of his failure to file a formal claim and requesting that he file a claim by June 20. Ex. C (June 18, 2008 letter from counsel for the United States to counsel for Mr. Burns). To date, Mr. Burns has not filed a formal claim, has not requested additional time to file a formal claim, and, more generally, has not acknowledged the failure or the need to file a formal claim, as required by Rule G.

II. ARGUMENT

Rule G(5) requires any person who claims an interest in the property subject to a judicial forfeiture action to file a verified claim within 35 days of receiving direct notice of the forfeiture, and the purpose of this rule is, *inter alia*, to require any such person to assert his or her interest under oath and to deter false claims. *See, e.g.*, *United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *United States v. 33 Prospect St., Baldwinville, MA*, 2006 WL 3544984, at * 3 (D.Mass. 2006) (holding verified claim establishes standing). Variance from the strict requirements of Rule G are permissible where a claimant's answer is verified (and

otherwise contains all of the information required in a claim under Rule G), because a false verification carries the same perjury implications as a false claim. *See id.*

Here Mr. Burns has not filed a formal claim under Rule G and has not filed a verified answer. Furthermore, the United States twice notified Mr. Burns of the need to file a claim, but nonetheless Mr. Burns has not filed a claim. In light of Mr. Burns's refusal to comply with the applicable rules, dismissal of his claim – which rests only on the filing of an answer –is an appropriate and warranted remedy.

## III. CONCLUSION

For the foregoing reasons, the United States respectfully requests that Mr. Burns's claim be dismissed with prejudice.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
milind.shah@usdoj.gov
401-709-5000; 401-709-5017 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008, I electronically filed the within Motion and Memorandum, including Exhibits A-C, with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. Electronic copies of this filing were made available to the following:

*Counsel for Claimant George Burns*
Steven D. DiLibero, Esquire
130 Dorrance Street, Sharespeare Hall
Providence, RI 02903
Facsimile: 401.331.9503.

/s/ Milind M. Shah
Milind M. Shah