IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>ONE LOT OF TEN THOUSAND FIVE HUNDRED SEVENTY SIX DOLLARS ($10,576) IN U.S. CURRENCY,<br>Defendant. | C.A. No. 08-81ML |

**NOTICE OF JUDICIAL FORFEITURE PROCEEDINGS AND ARREST IN REM**

TO: Steven D. DiLibero, Esquire
*Counsel for George Burns*
130 Dorrance Street, Sharespeare Hall
Providence, Rhode Island 02903

The enclosed copies of the Verified Complaint for Forfeiture in Rem ("Complaint") and Warrant for Arrest in Rem are sent pursuant to Rule G(4) of the Supplemental Rules to the Federal Rules of Civil Procedure.

A. **DATE OF NOTICE:** March 21, 2008

NOTICE is hereby given that the United States of America has instituted the above-captioned civil action seeking a judgment of forfeiture against the above-named defendant property, pursuant to 18 U.S.C. § 981 and 21 U.S.C. 881 for the reasons alleged in the Complaint at paragraph 6:

> "The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes (a) money furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act, (b) proceeds traceable to such an exchange, and/or (c) money used and intended to be used to facilitate a violation of the Controlled Substances Act. The defendant property is also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A), because it constitutes property involved in a transaction and an attempted transaction in violation of sections 1956, 1957, and/or 1960 of Title 18, United States Code, or property traceable to such property."



EXHIBIT A

Accordingly, the defendant property is subject to seizure, forfeiture, and condemnation by the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6).

**B. FILING OF A VERIFIED CLAIM:** You must file a verified claim within thirty-five (35) days of the date on this notice and in the manner specified and specifying the information required by Rule G(5) of the Supplemental Rules to the Federal Rules of Civil Procedure.

**C. FILING OF AN ANSWER:** You must then file an answer to the Complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days after filing the verified claim.

**D. ATTORNEY FOR PLAINTIFF:** The claim and answer must be served upon:

Milind Shah
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (voice)
401-709-5017 (facsimile)

**FAILURE TO FOLLOW THE REQUIREMENTS SET FORTH ABOVE MAY RESULT IN JUDGMENT BY DEFAULT TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. YOU MAY WISH TO SEEK LEGAL ADVICE TO PROTECT YOUR INTERESTS.**

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7007 0220 0004 6399 2014

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Steven D. DiLibero Esq
Street, Apt. No.; or PO Box No.: 130 Dorrance St Shakespeare Hall
City, State, ZIP+4: Providence RI 02903

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven D DiLibero Esq
130 Dorrance St
Shakespeare Hall
Providence RI 02903

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 3-24-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7007 0220 0004 6399 2014