**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Voice (401) 709-5000
Facsimile (401) 709-5001

Via First Class Mail and Facsimile to 401.331.9503

June 18, 2008

Steven D. DiLibero, Esquire
DiLibero & Associates
130 Dorrance Street
Providence, Rhode Island 02903

Re: *US v. $10,576 in US Currency,* No. 08-cv-0081 (USDC RI)

Dear Mr. DiLibero:

The court docket in the above-captioned matter indicates that Mr. Burns has not filed a Claim per Rule G(5) of the Supplemental Rules of Civil Procedure. Mr. Burns has filed only an answer. Please rectify this error as soon as possible and no later than Friday, June 20.

On March 21, 2008, I sent you, as Mr. Burn's counsel, a Notice of Judicial Forfeiture Proceeding and Arrest in Rem. Section B of the Notice specifies that Mr. Burns must file a verified claim within 35 days of March 21. Furthermore, this section refers you to Rule G(5) of the Supplemental Rules for guidance on the information required in the verified claim.

By virtue of having failed to file a verified claim in a timely manner, Mr. Burns has defaulted any interest he may have in the $10,576. As a courtesy to you, I will forbear pressing this default argument as long Mr. Burns has a *complete*, verified claim filed with the Court no later than Friday, June 20.

By "complete," I mean a claim that complies with all of the requirements of Rule G(5) in full, in particular identification of Mr. Burn's interest in the property and signature by Mr. Burns under penalty of perjury. If Mr. Burns states in the claim that he is the owner of the $10,576, he must also, under penalty of perjury, specify how he came into ownership of the funds.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Milind M. Shah
Assistant U.S. Attorney

EXHIBIT C