IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) |
| v. | ) C.A. NO. 08-81ML |
| ONE LOT OF TEN THOUSAND FIVE HUNDRED SEVENTY SIX DOLLARS ($10,576) IN U.S. CURRENCY, DEFENDANT. | ) |

**NOTICE OF DEPOSITION**

Please take notice that Defendants will take the deposition upon oral examination of Claimant George Burns on Monday, August 4, 2008 at 10:00 a.m. at the United States Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, before an official United States Court Reporter or before some other person authorized by law to take depositions. Deposition will continuing day-to-day or as otherwise allowed under the Federal Rules of Civil Procedure until complete and may be videotaped.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
Milind M. Shah
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
milind.shah@usdoj.gov
401-709-5000
401-709-5017 fax

**CERTIFICATION OF SERVICE**

I hereby certify that on this 27th day of June 2008, I electronically filed the within Notice of Deposition with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. Electronic copies of this filing were made available to the following:

*Counsel for Claimant George Burns*
Steven D. DiLibero, Esquire
130 Dorrance Street, Sharespeare Hall
Providence, RI 02903

On this date, a paper copy was all sent to the above.

/s/ Milind M. Shah
Milind M. Shah