IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
PLAINTIFF,

v.

ONE LOT OF TEN THOUSAND FIVE HUNDRED SEVENTY SIX DOLLARS ($10,576) IN U.S. CURRENCY,
DEFENDANT.

C.A. NO. 08-81ML

**ORDER**

On June 27, 2008, Plaintiff United States of America electronically filed a Motion to Dismiss Claim in the above-captioned matter seeking dismissal of Claimant George Burns's claim due to his failure to file a formal claim as required under Supplemental Rule G. Plaintiff's counsel received electronic notice of the filing and an electronic copy of the filing was made available to Plaintiff's counsel. As of this date, Claimant Burns has neither responded to Plaintiff's motion nor filed a formal claim or anything that meets the claim requirements of Supplemental Rule G.

Claimant Burns's status as a claimant is supported only by his unverified Answer to Plaintiff's Complaint. Claimant Burns has not filed a formal claim under Supplemental Rule G, despite being repeatedly notified of the need to file a formal claim in this action in order to press any ownership interest in the defendant currency. Accordingly and based on the argument and information set forth in Plaintiff's Motion, it is hereby ORDERED and ADJUDGED that Claimant Burns claim is dismissed with prejudice.

Mary M. Lisi
USDJ 7/22/08