IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONE LOT OF TEN THOUSAND FIVE HUNDRED SEVENTY SIX DOLLARS ($10,576) IN U.S. CURRENCY | CIV. A. NO. 08-81ML |

**MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff United States of America (the "United States") moves for entry of a final order of judgment and decree of forfeiture in the form attached as Exhibit A. In support of this Motion, the United States submits the following information:

1. On March 4, 2008, the United States filed a Complaint for Forfeiture in Rem, initiating the above-captioned matter. *See* Docket Entry 1 (Complaint). The Court issued a warrant authorizing arrest of the defendant currency. *See id* at Entry 3. The United States Marshals Service took custody of the defendant currency under the warrant.

2. On April 11, 2008, George Burns had an unverified Answer to the Complaint filed on his behalf. Mr. Burns did not file a formal claim as required under Supplemental Rule G.

3. On March 24, 2008, the United States had notice of this forfeiture action along with copies of the Complaint and warrant sent to Claimant's counsel, Steven D. DiLibero, Esquire. *See* Docket Entry 4 (Certificate of Service). On April 10, 17, and 24 of 2008, the United States had notice of the forfeiture action published in the Providence Journal. *See* Docket Entry 7 (USMS Process Receipt).

4. On June 27, 2008, the United States filed a Motion to Dismiss the claim of George Burns, arguing that due to the failure to file a formal claim as required by Supplemental Rule G and due to the failure to rectify the error in a timely manner, Mr. Burns's claim should be dismissed. *See* Docket Entry 9. Neither George Burns nor his counsel responded to the Motion. *See* Docket.

5. On June 23, 2008, the Court granted the Motion to Dismiss. *See* Docket Entry 11.

Based on the forgoing, Plaintiff submits that there is no reason to withhold entry of the requested judgment in this matter. The United States, after filing the Complaint, had notice sent and published as required under Supplemental Rule G and the only person, George Burns, filed an answer or otherwise indicated having any claim to defendant currency. The Court dismissed George Burns's claim, and the time to file claims has long passed. Plaintiff respectfully requests entry of the Stipulation and a final order of judgment.

Respectfully submitted,
UNITED STATES OF AMERICA

By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 / 401-709-5017 (fax)
milind.shah@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July 2007, I electronically filed the above Motion with all attachments with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

*Counsel for George Burns*
Steven D. DiLibero, Esquire
130 Dorrance Street
Providence, RI 02903

/s/ Milind M. Shah
Milind M. Shah
Assistant United States Attorney