IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONE LOT OF TEN THOUSAND FIVE HUNDRED SEVENTY SIX DOLLARS ($10,576) IN U.S. CURRENCY | CIV. A. NO. 08-81ML |

**ORDER**

Notice of forfeiture having been sent to George Burns and having been published as required under Supplemental Rule G of the Federal Rules of Civil Procedure; claim by George Burns having been dismissed; and there being no other claimant to defendant currency; it is hereby ORDERED and ADJUDGED that defendant currency, $10,576, is hereby forfeited and condemned to Plaintiff United States. It is further ORDERED that the aforementioned funds shall be disposed of according to law and the United States Marshal is authorized and ordered to dispose of the funds according to law.

BY ORDER:

____________________

ENTER:

__________________________
MARY M. LISI
Chief Judge, United States District Court
for the District of Rhode Island

EXHIBIT A